UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ELIJAH RYAN HAMMOND        ]
    Petitioner,        ]
                 ]
v.        ]        No. 3:11-0432
                 ]        Judge Campbell
JENNIE L. JOBE, WARDEN        ]
    Respondent.        ]


**O R D E R**


The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The petitioner is an inmate at the Deberry Special Needs Facility in Nashville. He brings this action against Jennie Jobe, Warden of the prison, challenging the legality of a conviction entered against him in Bradley County.[1]

Under 28 U.S.C. § 2241(d), a habeas petitioner may file in either the judicial district where the petitioner was convicted or the judicial district where he is currently incarcerated. Therefore, venue for this action is proper in both the Eastern and Middle Districts of Tennessee. However, a petitioner's place of confinement may change from time to time while the district of his conviction will remain constant. For this reason, it has been the

---

[1] Bradley County lies within the Eastern District of Tennessee, Southern Division. 28 U.S.C. § 123(a)(3).

consistent practice in the federal courts of Tennessee to transfer habeas petitions to the judicial district in which the convicting court is located.

In this case, it appears that the Eastern District is the situs of the petitioner's conviction. Accordingly, the Clerk will transfer this action to the United States District Court for the Eastern District of Tennessee, Southern Division at Chattanooga, Tennessee. 28 U.S.C. § 1404(a).

It is so ORDERED.


Todd Campbell
United States District Judge